1  Panos Lagos, Esq. / SBN 61821
   LAW OFFICES OF PANOS LAGOS
2  6569 Glen Oaks Way
3  Oakland, CA 94611
   T: (510) 530-4078 Ext. 101
4  F: (510) 530-4725
   e-mail: panos@panoslagoslaw.com
5

6  *Attorney for Plaintiff*,
   RITA FRANCES CANT
7

8  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   Email: jvucinich@clappmoroney.com
9  DANIEL D. MARCUS, ESQ. BAR#: 312740
   Email: dmarcus@clappmoroney.com
10 CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY
11 A PROFESSIONAL CORPORATION
   1730 S. El Camino Real, Suite 500
12 San Mateo, CA 94402
13 TEL: (650) 989-540; FAX: (650) 989-5499

14 Attorneys for Defendants,
   CITY OF SAN MATEO and OFFICER JULIO JOLIVETTE
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

| **RITA FRANCES CANT**, | ) Case No. 3:25-cv-02473-CRB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER FOR DISMISSAL WITH** |
| vs. | ) **PREJUDICE IN VIEW OF SETTLEMENT** |
|  | ) |
| **CITY OF SAN MATEO**, a public entity, | ) Hon. Charles R. Breyer, Senior District Judge |
| City of San Mateo Police Officers | ) |
| **JULIO JOLIVETTE** (Badge #177), | ) |
| individually, and, DOES 1–100, jointly and | ) |
| severally, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

        Plaintiff and Defendants, by and through their undersigned, respective counsel of record,
hereby stipulate and respectfully request as follows:

STIPULATION FOR DISMISSAL
*Cant v. City of San Mateo, et al.*
USDC (N.D. Cal.) Case No.: 3:25-cv-02473-CRB                                               1

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that, pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure and the full and final settlement of the case, in view of receipt of the settlement proceeds by Plaintiff from Defendant City of San Mateo, the above-captioned action is dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 22, 2025    LAW OFFICES OF PANOS LAGOS

/s/Panos ~~Lagos~~
Panos Lagos, Esq.
Attorney for Plaintiff,
RITA FRANCES CANT

Dated: October 22, 2025    CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY

Jeffrey M. Vucinich, Esq.
Attorneys for Defendants,
CITY OF SAN MATEO and
OFFICER JULIO JOLIVETTE

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation, and for good cause shown, the Parties' Stipulation is GRANTED.

**IT IS SO ORDERED.**

Date:  October 27, 2025

HON. CHARLES R. BREYER,
Senior District Judge

STIPULATION FOR DISMISSAL
*Cant v. City of San Mateo, et al.*
USDC (N.D. Cal.) Case No.: 3:25-cv-02473-CRB

2